JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISOFORO ANTONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK N.A., et al.,<br><br>　　　　　Defendants. | Case No. EDCV 14-1993-GW(JPRx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the Notice of Dismissal [11], it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: October 31, 2014　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE